DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California  94012-3495
　　Telephone: (415) 436-7025
　　FAX: (415) 436-7234
　　pamela.johann@usdoj.gov

Attorneys for Defendant MEGAN J. BRENNAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISTY DANIELLE BROWN,<br><br>　　Plaintiff,<br><br>　v.<br><br>MEGAN BRENNAN,<br><br>　　Defendant. | Case No. 19-cv-05797-JSC<br><br>**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF PAMELA T. JOHANN**<br><br>Current Date:  December 19, 2019<br>Time:　　　　　1:30 p.m.<br><br>The Honorable Jacquelyn Scott Corley |

### ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

　　Pursuant to Local Rule 7-11, Defendant Megan Brennan, Postmaster General, respectfully requests that the December 19, 2019 initial case management conference in this matter be continued to a date after Defendant's anticipated motion to dismiss is resolved.

　　On September 16, 2019, *pro se* plaintiff Misty Danielle Brown filed an employment discrimination complaint against Defendant in this Court.  ECF 1.  On that same day, the Court set this case for a December 19, 2019 initial case management conference.  ECF 3.

　　The time within which Defendant must respond to the complaint has not yet expired.  Defendant anticipates filing a motion to dismiss, which will not be heard until early 2020.  Defendant's anticipated motion to dismiss could dispose of some or all of the claims that Plaintiff is asserting in this action.  In

light of this anticipated motion, Defendant submits that it would conserve both the parties' and the Court's resources to defer the initial case management conference until after the motion to dismiss is resolved. No prior extensions of time have been requested or granted in this case. The requested time modifications will have no impact on the schedule for this case except as outlined above.

On December 2, 2019, in an email to Plaintiff, Defendant advised Plaintiff that Defendant intended to file regarding a motion to dismiss and proposed moving initial case management conference until after the pleadings were resolved. Declaration of Pamela T. Johann ¶ 2. On December 4, 2019, Plaintiff responded that she was awaiting resolution of her motion for appointment of counsel and was not in a position to agree to the stipulation. *Id.* ¶ 3. Defendant informed Plaintiff in response that the Court had denied Plaintiff's motion for appointment of counsel and attached a copy of the Court's order. Counsel further requested that Plaintiff advise her if this development changed her position on continuing the case management conference. *Id.* ¶ 4. Defendant has not heard back from Plaintiff in response to this email. *Id.*

Defendant thus respectfully requests that the December 19, 2019 case management conference in this matter be continued to a date after Defendant's anticipated motion to dismiss is resolved.

DATED: December 10, 2019           Respectfully submitted,

                                                             DAVID L. ANDERSON
                                                              United States Attorney

                                                              */s/ Pamela T. Johann*
                                                              PAMELA T. JOHANN
                                                              Assistant United States Attorney

                                                              Attorneys for Defendant Megan J. Brennan

## DECLARATION OF PAMELA T. JOHANN

I, Pamela T. Johann, declare and state as follows:

1. I am an Assistant United States Attorney in the Northern District of California and counsel of record for Defendant in the above-captioned action.

2. On the morning of December 2, 2019, I emailed Plaintiff regarding the initial case management conference in this case. I advised Plaintiff that Defendant intended to file a motion to dismiss, and I proposed that the parties stipulate to move the initial case management conference until after the pleadings were resolved. I emailed Plaintiff again that evening and asked her to let me know if she was willing to stipulate to move the initial case management conference.

3. On December 3, 2019, Plaintiff responded by email that she would get back to me later that day regarding my request. Early in the morning of December 4, 2019, Plaintiff send me an email stating that she had filed a motion to appoint counsel and stating further, "At this time I don't believe I'm in a position to agree to the stipulation."

4. On the morning of December 4, 2019, I sent a response to Plaintiff by email. I informed her that Judge Corley had denied her motion for appointment of counsel and sent her a copy of the Court's order. I then asked Plaintiff to let me know if this development changed her position. As of this filing, I have not heard back from Plaintiff.

5. No prior extensions of time have been requested or granted in this case.

6. The requested time modifications will have no impact on the schedule for this case except as outlined above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of December, 2019, in San Francisco, California.

                                                */s/ Pamela T. Johann*
                                               PAMELA T. JOHANN
                                               Assistant United States Attorney