1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California  94012-3495
        Telephone: (415) 436-7025
6       FAX: (415) 436-7234
        pamela.johann@usdoj.gov
7
   Attorneys for Defendant MEGAN J. BRENNAN
8

9                      UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  MISTY DANIELLE BROWN,                )  Case No. 19-cv-05797-JSC
                                         )                    VACATING
14        Plaintiff,                     )  [PROPOSED] ORDER ~~CONTINUING~~ CASE
                                         )  MANAGEMENT CONFERENCE
15     v.                                )
                                         )  Current Date:  December 19, 2019
16  MEGAN BRENNAN,                       )  Time:          1:30 p.m.
                                         )
17        Defendant.                     )  The Honorable Jacquelyn Scott Corley
                                         )

18

19        Defendant's administrative motion to continue the initial case management conference is hereby

20  GRANTED.  The initial case management conference set for December 19, 2019, ~~is continued until~~

21     vacated, in light of Defendant's anticipated motion to dismiss    .

22        **IT IS SO ORDERED.**

23  Dated: _____December 11, 2019_____

24

25                                          _____
                                            THE HON̶O̶R̶A̶B̶L̶E̶ ̶J̶A̶C̶Q̶U̶E̶L̶Y̶N̶ ̶S̶C̶O̶T̶T̶ ̶C̶O̶R̶L̶E̶Y̶
26                                          Un̶i̶t̶e̶d̶ ̶S̶t̶a̶t̶e̶s̶ ̶D̶i̶s̶t̶r̶i̶c̶t̶ ̶J̶u̶d̶g̶e̶

27                                          IT IS SO ORDERED
                                            AS MODIFIED
28                                          Judge Jacqueline Scott Corley

[~~PROPOSED~~] ORDER CONTINUING CMC
No. 19-cv-05797-JSC                          1