UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY DANIELLE BROWN, | Case No. 19-cv-05797-JSC |
| Plaintiff, | |
| v. | **ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTION TO STAY INITIAL DISCOVERY PROTOCOLS** |
| MEGAN BRENNAN, | |
| Defendant. | Re: Dkt. No. 30 |

Now pending before the Court is Defendant's administrative motion to stay the parties' obligation to comply with the initial discovery protocols of General Order 71, (Dkt. No. 30), and Plaintiff's opposition, (Dkt. No. 32). Upon review of the parties' submissions, Defendant's motion is granted in part and denied in part. Defendant shall produce to Plaintiff the documents described in General Order 71, Part 2(2)(c)(d)(e). Defendant's concerns about not understanding the parameters of Plaintiff's claims do not apply to these documents, which relate to Plaintiff's employment. The Court stays Defendant's obligation to produce the remaining documents and information pending resolution of Defendant's motion to dismiss, (Dkt. No. 20).

Plaintiff shall produce to Defendant the documents requested by General Order 71 Part 1(2)(a) & (b) and the information requested by Part 1(3)(a) as production of such documents and information should enable Defendant to better understand the parameters of Plaintiff's claims. Plaintiff may, but is not required to, produce the remaining documents and information pending resolution of Defendant's motion to dismiss.

The deadline for producing the documents/information is extended to January 27, 2020.

//

//

This Order disposes of Docket No. 30.

**IT IS SO ORDERED.**

Dated: January 16, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISTY DANIELLE BROWN,

Plaintiff,

v.

MEGAN BRENNAN,

Defendant.

Case No. 19-cv-05797-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Misty Danielle Brown
51 Fairway Drive
South San Francisco, CA 94080

Dated: January 16, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3